### In re OLWELL.

(Supreme Court, Appellate Division, First Department.    October 30, 1900.)

ELECTIONS—QUALIFICATION. OF VOTER—RESIDENCE IN PUBLIC INSTITUTION.
    A person residing at the Samaritan Home for the Aged does not, by such residence, acquire the right to vote at elections within the district wherein such home is located.

Appeal from special term, New York county.
Application by Philip F. Olwell to strike the names of Thomas S. Varter and others from the register of voters. From an order striking respondents' names from the register, they appeal. Affirmed.
Argued before VAN BRUNT, P. J., and PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Geo. W. Wickersham, for appellants.
Edward Browne, for respondent.

PER CURIAM. Upon an examination of the facts in the case at bar, we cannot see that it is to be distinguished in any particular from those which were presented in the case of Silvey v. Lindsay, 107 N. Y. 55, 13 N. E. 444; and, under the principle established in that case, the appellants did not acquire residence, for the purpose of voting, at the Samaritan Home for the Aged.
The order should be affirmed.